RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 3/24/10
BY DD

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| TROY MIGUEL ROY<br>    LA. DOC #173235<br>VS. | CIVIL ACTION NO. 09-1677<br>SECTION P<br>JUDGE ROBERT G. JAMES |
| CAPTAIN McMURRAY, ET AL. | MAG. JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against Defendants **FRANKLIN PARISH DETENTION CENTER** and **KIRK DEROUEN** be **DISMISSED WITH PREJUDICE** as frivolous. Plaintiff's civil rights complaint otherwise remains pending before the Court.

**MONROE, LOUISIANA,** this 23 day of March, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE