UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **TROY MIGUEL ROY** | **CIVIL ACTION NO. 09-cv-1677** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **FRANKLIN PARISH DETENTION CENTER, ET AL** | **MAG. JUDGE MARK L. HORNSBY** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, having received no objections after Plaintiff was provided copies of the Report and Recommendation at his last known addresses, having thoroughly reviewed the record, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Summary Judgment [Doc. No. 24] filed by Defendants Gerald McMurray and Steve Pylant, Sheriff of Franklin Parish, is **GRANTED,** and all remaining claims in this civil action are **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 20th day of April, 2011.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE